# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Barbara Wilkins | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.   3:15-cv-00307-DJH |
| | ) | |
| LVNV Funding, LLC *et al.* | ) | |
|    *Defendants* | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Barbara Wilkins, has reached a settlement with Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P. in this case. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice.

Respectfully Submitted,

/s/ James R. McKenzie
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Barbara Wilkins*

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 17th day of March, 2016, I electronically filed the foregoing Notice of Settlement with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Kevin Ray Feazell
*Cors & Bassett, LLC*
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202-3578
E-mail: krf@corsbassett.com
*Counsel for Defendants*
*LVNV Funding, LLC and*
*Resurgent Capital Services, L.P.*

                                         /s/ James R. McKenzie
                                         *Counsel for Plaintiff*
                                         *Barbara Wilkins*